DOA
07/07/23

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:    23-9388 MJ |
| Fidel Guzman | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant FIDEL GUZMAN violated 18 U.S.C. §§ 922(u) and 924(i)(1), Theft of a Firearm from an FFL's Inventory, and 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a Stolen Firearm, described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer (TFO) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

Digitally signed by ADDISON SANTOME
Date: 2023.07.07 15:29:05 -07'00'

| | |
|---|---|
| Andrew Barciz, TFO for ATF | ANDREW BARCIZ (Affilia Digitally signed by ANDREW BARCIZ (Affili Date: 2023.07.07 15:23:27 -07'00' |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

7/7/2023@4:23pm                                        at    Phoenix, Arizona

| | |
|---|---|
| Date | City and State |

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

| | |
|---|---|
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A
## DESCRIPTION OF COUNTS
### COUNT 1

### Theft of a Firearm from an FFL's Inventory

On or about July 7, 2023, in the District of Arizona, Defendant FIDEL GUZMAN unlawfully stole, took, and carried away firearms, that are:

(1) a gold-plated AK47 rifle, Serial Number: 292-108449, and,

(2) an Ohio Ordinance, 308 B240 belt-fed rifle, Serial Number: 24113,

which all had been shipped and transported in interstate or foreign commerce, from the business inventory of AMMO AZ, located at 2005 West Deer Valley Road in Phoenix, Arizona, which is a business licensed to engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

### COUNT 2

### Possession of a Stolen Firearm

On or about July 7, 2023, in the District of Arizona, Defendant FIDEL GUZMAN knowingly possessed a stolen firearm, that is a gold-plated AK47 rifle, Serial Number: 292-108449744, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Andrew Barciz, a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your affiant is a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and has been since September 18, 2019. Your affiant has been a sworn police officer since June of 2001 and has been sworn as a Federal TFO since September of 2019. Your affiant has investigated numerous weapons related offenses in collaboration with both state and federally sworn officers. Your affiant has also investigated numerous federal weapons violations to include weapons trafficking, straw purchases, and weapons manufacturing of unlawful devices. Your affiant has investigated numerous burglaries of a Federal Firearms Licensee (FFL), which is a business that sells firearms.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that Fidel GUZMAN, and known and unknown conspirators, violated Title 18, United States Code (U.S.C.) §§ 922(u) and 924(i)(1), Theft of a Firearm from an FFL's Inventory, and Title 18, U.S.C. §§ 922(j) and 924(a)(2), Possession of a Stolen Firearm.

### PROBABLE CAUSE

3. On July 7, 2023, in the early morning hours, Phoenix Police Department (PPD) officers responded to a burglary call at AMMO AZ, a FFL, located at 2005 W. Deer

Valley Road in Phoenix, Arizona.  AMMO AZ employees informed officers they learned through viewing surveillance footage that two subjects had broken into the FFL at approximately 2:40 a.m. and removed two firearms.  The store was not open at the time of the theft.

4.      AMMO AZ provided investigators with surveillance video footage of the theft.  The video shows that at approximately 2:40 a.m., two subjects arrived in a Grey Honda Civic that has a white sticker on the trunk near the license plate.  Both subjects wore dark blue or black pants and jackets.  The driver had on a grey baseball cap, red gloves, and white shoes.  The passenger had a face mask, a hooded jacket with a triangle symbol on the front, and a grey bag.  The subjects used a tool to cut open the door at the rear of the business.  One of the subjects entered and removed two firearms from the business, and then both fled the area in the Grey Honda.

5.      AMMO AZ is still conducting an inventory of the store but identified the two stolen firearms: (1) a gold plated AK47 bearing Serial Number: 292-108449 (hereafter, "AK47"), and (2) an Ohio Ordinance 308 B240 belt fed rifle bearing Serial Number: 24113 (hereafter, "Ohio Ordinance").  These rifles have a combined value of approximately $20,000.00.

6.      The AK47 had been shipped to the FFL from Louisiana, while the Ohio Ordinance had been shipped to the FFL from Nevada.  Therefore, both firearms have travelled in interstate commerce.

7.      AMMO AZ advised that the AK47 had an "apple air tag" tracking device in the 30-round magazine attached to the firearm.  They provided the current location data which placed the air tag at 4421 West Vernon Avenue in Phoenix, Arizona.

8.      Immediately, officers went to 4421 West Vernon Avenue and observed a Grey Honda Civic in the driveway, matching the vehicle in the surveillance video.  They began conducting surveillance of the house and vehicle.

9.      At approximately 4:30 a.m. officers observed a female exit the house and

get into the Grey Honda.  Officers surrounded the house and contacted her at the vehicle. As they approached the vehicle, officers observed a cutting saw in the back seat of the Honda, similar to the tool used in the burglary.

10.    The female driver, identified as Dalia Guzman (Dalia), informed officers there were numerous males inside the residence at this time.  She advised she shares a room with Fidel GUZMAN (GUZMAN), her son.  Dalia stated at approximately 2:01 a.m., she heard her keys moving but was unsure if it was GUZMAN who grabbed them. Dalia stated when she awoke at 4:30 a.m., she observed GUZMAN in bed sleeping.  Dalia said GUZMAN works construction but is currently out of work.  Dalia said GUZMAN keeps tools in her car.

11.    Officers surrounded the house and asked the occupants to exit after making contact by phone.  The following subjects exited the residence: Fidel GUZMAN, Israel Diaz-Guzman, Enzo Diaz, Daisy Diaz, and Daliloren Diaz.

### Interview of Fidel GUZMAN

12.    Post *Miranda* warnings, GUZMAN admitted to breaking into AMMO AZ with another subject.  The other subject arrived at his house around 1:30 a.m. and asked GUZMAN to drive him to do the burglary.  GUZMAN drove them both to AMMO AZ in the Grey Honda.  They used a tool to cut the door.  After the burglary, they drove back to GUZMAN's residence.

13.    GUZMAN identified himself in the AMMO AZ surveillance video of the burglary.

14.    GUZMAN claimed to still be in possession of the AK47 but stated the other subject took the Ohio Ordinance.

15.    A Maricopa County Search Warrant was executed to search this residence and the AK47 was recovered.  The Ohio Ordinance remains outstanding.

## CONCLUSION

16.    For these reasons, your Affiant submits that there is probable cause to believe Fidel GUZMAN committed Theft of a Firearm from an FFL's Inventory in violation of Title 18, United States Code (U.S.C.) §§ 922(u) and 924(i)(1), and Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j) and 924(a)(2).

17.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.


ANDREW BARCIZ (Affilia  Digitally signed by ANDREW BARCIZ (Affilia
                        Date: 2023.07.07 15:24:17 -07'00'

ANDREW BARCIZ
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed telephonically this ___7th___ day of July, 2023.


_Eswillett_

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge