GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

JUL 1 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-23-1085-PHX-DJH (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. §§ 922(u) and 924(i)(1) (Theft of a Firearm from an FFL's Inventory) Count 1 |
| 1. Fidel Abraham Guzman, (Counts 1, 3 – 8, and 11 – 20) | 18 U.S.C. §§ 922(g)(5) and 924(a)(8) (Alien in Possession of a Firearm) Counts 2, 9 and 10 |
| 2. Edgar Jesus Ruiz-Alvarado, and, (Counts 1 – 2, and 4 – 10) | 18 U.S.C. §§ 922(j) and 924(a)(2) (Possession of a Stolen Firearm) Count 3 |
| 3. Israel Diaz-Guzman, (Count 4) | 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 (Material False Statement During the Purchase of a Firearm, Aid and Abet) Counts 4 – 8 |
| Defendants. | 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 11 – 13 |
| | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 14 – 20 |

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 7, 2023, in the District of Arizona, Defendants FIDEL ABRAHAM GUZMAN and EDGAR JESUS RUIZ-ALVARADO unlawfully stole, took, and carried away firearms, that are:

(1) a gold-plated AK47 rifle, Serial Number: 292-108449, and,

(2) an Ohio Ordinance, 308 B240 belt-fed rifle, Serial Number: 24113,

which all had been shipped and transported in interstate or foreign commerce, from the business inventory of AMMO AZ, located at 2005 West Deer Valley Road in Phoenix, Arizona, which is a business licensed to engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

## COUNT 2

On or about July 7, 2023, in the District of Arizona, Defendant EDGAR JESUS RUIZ-ALVARADO, knowing that he was an alien who had been admitted to the United States under a nonimmigrant visa and not falling into any permitted exceptions pursuant to 18 U.S.C. § 922(y)(2), did knowingly possess firearms, to wit:

(1) a gold-plated AK47 rifle, Serial Number: 292-108449, and,

(2) an Ohio Ordinance, 308 B240 belt-fed rifle, Serial Number: 24113,

which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 3

On or about July 7, 2023, in the District of Arizona, Defendant FIDEL ABRAHAM GUZMAN knowingly possessed a stolen firearm, that is a gold-plated AK47 rifle, Serial Number: 292-108449, which had been shipped and transported in interstate or foreign

- 2 -

commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### COUNT 4

On or about June 1, 2023, in the District of Arizona, Defendants FIDEL ABRAHAM GUZMAN and EDGAR JESUS RUIZ-ALVARADO, aided and abetted Defendant ISRAEL DIAZ-GUZMAN, who knowingly made false statements and representations in connection with the acquisition of a firearm which were intended and likely to deceive Ammo AZ, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo AZ, in that Defendant ISRAEL DIAZ-GUZMAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearm on behalf of Defendants FIDEL ABRAHAM GUZMAN and EDGAR JESUS RUIZ-ALVARADO.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 5 - 8

On or about the dates listed below, in the District of Arizona, Defendant EDGAR JESUS RUIZ-ALVARADO aided and abetted Defendant FIDEL ABRAHAM GUZMAN, who knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant FIDEL ABRAHAM GUZMAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of

the counts below stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant EDGAR JESUS RUIZ-ALVARADO:

| Count | Date | Business (FFL) |
|---|---|---|
| 5 | June 1, 2023 | Ammo AZ |
| 6 | May 31, 2023 | Ammo AZ |
| 7 | May 9, 2023 | Ammo AZ |
| 8 | May 5, 2023 | Tombstone Tactical |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

### COUNT 9

On or about May 9, 2023, in the District of Arizona, Defendant EDGAR JESUS RUIZ-ALVARADO, knowing that he was an alien who had been admitted to the United States under a nonimmigrant visa and not falling into any permitted exceptions pursuant to 18 U.S.C. § 922(y)(2), did knowingly possess firearms, to wit:

(1) a Glock, Model 19x, 9mm pistol, Serial Number: BVUU450,

(2) a Glock, Model 19x, 9mm pistol, Serial Number: BVXU813;

(3) a Glock, Model 19x, 9mm pistol, Serial Number: BVXU820; and,

(4) a Glock, Model 19x, 9mm pistol, Serial Number: CAHN942,

which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

### COUNT 10

On or about May 5, 2023, in the District of Arizona, Defendant EDGAR JESUS RUIZ-ALVARADO, knowing that he was an alien who had been admitted to the United States under a nonimmigrant visa and not falling into any permitted exceptions pursuant to 18 U.S.C. § 922(y)(2), did knowingly possess a firearm, to wit:

(1) a Glock, Model 19x, 9mm pistol, Serial Number: AGKF849,

which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## <u>COUNTS 11 – 13</u>

On or about the dates listed below, in the District of Arizona, Defendant FIDEL ABRAHAM GUZMAN knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant FIDEL ABRAHAM GUZMAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearms on behalf of another person:

| Count | Date | Business (FFL) |
|---|---|---|
| 11 | April 27, 2023 | Cabela's |
| 12 | April 4, 2023 | Cabela's |
| 13 | March 11, 2023 | Cabela's |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## <u>COUNTS 14 – 20</u>

On or about the dates listed below, in the District of Arizona, Defendant FIDEL ABRAHAM GUZMAN knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant FIDEL ABRAHAM GUZMAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant FIDEL ABRAHAM GUZMAN resided at an address on Osborn Road, Arizona, whereas in truth and fact,

Defendant FIDEL ABRAHAM GUZMAN knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 14 | June 1, 2023 | Ammo AZ |
| 15 | May 31, 2023 | Ammo AZ |
| 16 | May 9, 2023 | Ammo AZ |
| 17 | May 5, 2023 | Tombstone Tactical |
| 18 | April 27, 2023 | Cabela's |
| 19 | April 4, 2023 | Cabela's |
| 20 | March 11, 2023 | Cabela's |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 20 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Counts 1 through 20 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendants are liable.

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  July 18, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
ADDISON SANTOME
Assistant U.S. Attorney